**Order filed March 19, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-01030-CV**

_____

**ANTONIO DUDLEY, Appellant**

**V.**

**AMY KIEL, JESSICA KUHRE, JOEL BUTLER, AND ANDREW SMITH,**
**Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-51073**

## O R D E R

Appellant's brief was due February 25, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM